FILED

JAN 3 0 2019

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                                    Plaintiff,

            vs.

MICHELLE ALMEIDA (2),

                                    Defendant.

Case No. 18CR5243-~~DMS~~

JUDGMENT OF DISMISSAL

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☒    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐    the Court has dismissed the case for unnecessary delay; or

☐    the Court has granted the motion of the Government for dismissal, without prejudice; or

☐    the Court has granted the motion of the defendant for a judgment of acquittal; or

☐    a jury has been waived, and the Court has found the defendant not guilty; or

☐    the jury has returned its verdict, finding the defendant not guilty;

☒    of the offense(s) as charged in the Indictment/Information:

Count 1- 21:952, 960, 18:2 -Importation of Methamphetamine, Aiding and Abetting (Felony)

Dated:  1/30/2019

Hon.  Barba L. Major
United States Magistrate Judge